UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-3592
_____

In re: James Anthony Kroger

Petitioner

Appeal from U.S. District Court for the District of Minnesota
(0:24-cr-00085-DWF-1)

**JUDGMENT**

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

    Petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

December 30, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Maureen W. Gornik